**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

IN RE: ROBERT EDMUND BROWN            CASE NO. 3:25-bk-12589
        DEBTOR                                       CHAPTER 7

<u>MOTION TO DISMISS</u>

Comes W. Lance Owens, the duly appointed and acting Trustee for the above-captioned estate ("Trustee") and for his Motion to Dismiss states:

1.      Debtor filed a voluntary petition for relief under Chapter 7 on August 1, 2025. The Debtor failed to file schedules at the time of filing a voluntary petition. The debtor has failed to file schedules although they were due August 15, 2025.

2.      Debtor's initial 341 Meeting of Creditors was scheduled for August 29, 2025.

3.      The Debtor did appear at the scheduled 341a meeting on August 29, 2025 and the 341a Meetings of Creditors was continued to September 26, 2025.

4.      The Debtor's attorney did not appear at the scheduled 341a meeting on September 26, 2025. The 341a Meeting of Creditors was continued to October 24, 2025. The Trustee filed a motion to extend time in which to file a motion pursuant to 11 U.S.C. § 727; and delay entry of discharge on October 28, 2025. The debtor did not appear at the continued 341a meeting of creditors on November 21, 2025. Even if the debtor has appeared for his meeting of creditors, the Trustee would not have been able to conduct the meeting because the debtor had not filed schedules.

6.      For the reasons stated, Trustee requests that Debtor's case be dismissed under 11 U.S.C. § 707 for failure to appear for his 341a meetings and failure to file schedules.

7.      **NOTICE IF FUTHER GIVEN** that objections to the motion to dismiss should be

filed in writing on or before **21 days from the date of the filing of this Notice**, with the U.S. Bankruptcy Court, 300 W. Second St., Little Rock, AR 72201, served upon the undersigned Trustee in Bankruptcy on or before December 17, 2025.

WHEREFORE, The Trustee prays that the Debtor's case be dismissed and for all other relief to which he is entitled.

Respectfully submitted by,

W. Lance Owens
Chapter 7 Trustee
P.O. Box 121
Jonesboro, AR 72403
870-336-6505

By:   /s/ W. Lance Owens
W. Lance Owens
Arkansas Bar No. 90066

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2025the foregoing motion was filed with the Clerk of the Court via the CM/ECF filing system, which will generate a Notice of Electronic Filing of the above pleading to all registered CM/ECF Filing Users in the above-captioned case, including the debtor's counsel and the U.S. Trustee

<u>/s/ W. Lance Owens</u>
W. Lance Owens